MAE R. COOKSEY, Appellant, v. CHARLES V. COOKSEY, Respondent.— Order modified by increasing the allowance of counsel fees awarded to the plaintiff to $200 and by increasing the allowance awarded to plaintiff's parents for the support of the infant children to $20 per week and by striking out the provisions of the order commencing with the word "until" and ending with the words "such trial" in folio 175 of the record, and as modified affirmed, with ten dollars costs and disbursements to the appellant. All concur. (The order denies plaintiff's motion for temporary alimony, but directs payment of counsel fee and support of the children of the parties until counsel fee is paid, said payments to stop unless plaintiff proceeds with the trial immediately, in an action for separation.) Present — Cunningham, P. J., Taylor, Dowling, Harris and McCurn, JJ.

GEORGE SALISBURY, Appellant, v. ONTARIO COUNTY, Respondent.— Order affirmed without costs of this appeal to either party. All concur. (The order dismisses the complaint in an action to vacate a release, stipulation and compromise, and to recover the balance alleged to be due for damages claimed to have been sustained by plaintiff by the unlawful closing of a road and the removal of a bridge on the road to plaintiff's farm.) Present — Cunningham, P. J., Taylor, Dowling, Harris and McCurn, JJ. [See 268 App. Div. 845.]

NELLIE HOWE, Respondent, v. ROCKWELL CO., INC., Appellant.— Judgment and order affirmed, with costs. All concur, except Taylor, J., who dissents and votes for reversal and for granting a new trial on the ground that the reception in evidence of subdivision 4 of section 42 of the Ordinances of the City of Corning was error as matter of law; and McCurn, J., who dissents and votes for reversal and for granting a new trial on the ground that the finding of negligence is against the weight of evidence. (The judgment is for plaintiff in an action for damages for personal injuries sustained by plaintiff by reason of her falling on a stairway in defendant's store. The order denies a motion for a new trial.) Present — Cunningham, P. J., Taylor, Dowling, Harris and McCurn, JJ.